AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| STEVEN M. HAUGE | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 04-00378 DAE KSC |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| JOHN F. PEYTON, Director, Department of Public Safety, State of Hawaii and CLAYTON FRANK, Warden, Halawa Correctional Facility | September 1, 2006<br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in Petitioner's favor pursuant to the "Order Adopting in Part the Magistrate's Findings and Recommendations and Granting Petitioner's (1) Writ of Habeas Corpus and (2) Motion for Judgment on the Pleadings" filed on 8/15/06.

cc: all counsel of record

| September 1, 2006 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | *[signature]* |
| | (By) Deputy Clerk |