# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

September 1, 2006

TO ALL COUNSEL

Re:   CV 04-00378 DAE-KSC
      STEVEN M. HAUGE vs. JOHN F. PEYTON, Director, Department of
      Public Safety, State of Hawaii and CLAYTON FRANK, Warden, Halawa
      Correctional Facility

Dear Sir,

   Please be advised that pursuant to Rule 77, FRCP, notice is hereby given that judgment was entered on September 1, 2006.

                                Sincerely Yours,

                                SUE BEITIA, CLERK

                                by: Eileen Sakoda
                                    Deputy Clerk

cc: all counsel