ORIGINAL

PETER B. CARLISLE   2209
Prosecuting Attorney
JAMES M. ANDERSON   4477
Deputy Prosecuting Attorney
City and County of Honolulu
1060 Richards Street
Honolulu, Hawai`i 96813
Tel. No.: (808) 527-6518
Fax No.: (808) 527-6436

Attorneys for Respondent

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 3 2006

at 8 o'clock and 55 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| STEVEN M. HAUGE, | ) CIVIL NO. 04-00378 DAE-KSC |
| Petitioner, | ) NOTICE OF APPEAL; CERTIFICATE OF SERVICE |
| vs. | ) |
| JOHN F. PEYTON[1], Director, Department of Public Safety, State of Hawai`i and CLAYTON FRANK, Warden, Halawa Correctional Facility, | ) |
| Respondents. | ) |

**NOTICE OF APPEAL**

Notice is hereby given that JOHN F. PEYTON, Director, Department of

Public Safety, State of Hawai`i, CLAYTON FRANK, Warden, Halawa

---

[1] John F. Peyton is no longer the Director of the Department of Public Safety. The Interim Director is Iwalani D. White.

JMA:rir

Correctional Facility (collectively "Respondents"), by and through its attorneys, Peter B. Carlisle, Prosecuting Attorney, and JAMES M. ANDERSON, Deputy Prosecuting Attorney, City and County of Honolulu, State of Hawai`i, in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the "Order Adopting in Part the Magistrate's Findings and Recommendations and Granting Petitioner's (1) Writ of Habeas Corpus and (2) Motion for Judgment on the Pleadings" filed on August 15, 2006.

Dated at Honolulu, Hawai`i:  September 13, 2006.

> Respectfully submitted,
>
> JOHN F. PEYTON, Director,
> Department of Public Safety,
> State of Hawai`i,
>
> CLAYTON FRANK, Warden,
> Halawa Correctional Center,
> Respondents
>
> By PETER B. CARLISLE
>     Prosecuting Attorney
>
> By _/s/ James M. Anderson_
>     JAMES M. ANDERSON
>     Deputy Prosecuting Attorney
>     City and County of Honolulu

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| STEVEN M. HAUGE, | ) CIVIL NO. 04-00378 DAE-KSC |
| | ) |
| Petitioner, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) |
| | ) |
| JOHN F. PEYTON, Director, | ) |
| Department of Public Safety, State of | ) |
| Hawai`i and CLAYTON FRANK, | ) |
| Warden, Halawa Correctional Facility, | ) |
| | ) |
| Respondents. | ) |
| | ) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2006, a copy of the NOTICE OF

APPEAL will be served on the following parties by U.S. Mail or via court jacket:

PETER C. WOLFF, JR., ESQ.
Federal Public Defender
300 Ala Moana Boulevard, Suite 7-104
Honolulu, Hawai`i  96850-5269
(via U.S. Mail)

Attorney for Petitioner

JMA:rir

HONORABLE MARK J. BENNETT
Attorney General
425 Queen Street
Honolulu, Hawai`i 96813
(via Court Jacket)

                                      _____
                                      JAMES M. ANDERSON
                                      Deputy Prosecuting Attorney
                                      City and County of Honolulu