# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 236573 |
|---|---|
| Trans | 141844 |

Received From: **CITY AND COUNTY OF HONOLULU**
Case Number:
Reference Number: CV 04-378

|  |  |
|---|---|
| Check | 455.00 |
| Total | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
|  | **Total** |  | **455.00** |
|  | Tend |  | 455.00 |
|  | Due |  | 0.00 |

09/13/2006 08:56:18 AM        Deputy Clerk: et/AC