PETER B. CARLISLE   2209
Prosecuting Attorney
**JAMES M. ANDERSON   4477**
Deputy Prosecuting Attorney
City and County of Honolulu
1060 Richards Street
Honolulu, Hawai`i  96813
Tel. No.: (808) 527-6535
Fax No.:  (808) 5627-6516

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| STEVEN M. HAUGE, | ) CIVIL NO.  04-00378 DAE-KSC |
| | ) |
| Petitioner, | ) NOTICE REGARDING |
| | ) TRANSCRIPTS; CERTIFICATE OF |
| vs. | ) SERVICE |
| | ) |
| JOHN F. PEYTON[1], Director, | ) |
| Department of Public Safety, State of | ) |
| Hawai`i and CLAYTON FRANK, | ) |
| Warden, Halawa Correctional Facility, | ) |
| | ) |
| Respondents. | ) |
| | ) |

## NOTICE REGARDING TRANSCRIPTS

Notice is hereby given that JOHN F. PEYTON, Director, Department of

Public Safety, State of Hawai`i and CLAYTON FRANK, Warden, Halawa

---

[1] John F. Peyton is no longer the Director of the Department of Public Safety.  The Interim Director is Iwalani D. White.

JMA:rir

Correctional Facility (collectively "Respondents"), by and through his attorneys, Peter B. Carlisle, Prosecuting Attorney, and **JAMES M. ANDERSON**, Deputy Prosecuting Attorney, City and County of Honolulu, State of Hawai`i, declare that in the instant matter there have been no hearings convened in federal court. Accordingly, the parties agree that no transcripts will be ordered.

    Dated at Honolulu, Hawai`i:  September 22, 2006.

                Respectfully submitted,

                JOHN F. PEYTON, Director,
                Department of Public Safety,
                State of Hawai`i,
                CLAYTON FRANK, Warden,
                Halawa Correctional Facility,
                Respondents

                By PETER B. CARLISLE
                    Prosecuting Attorney

                By _____
                JAMES M. ANDERSON
                Deputy Prosecuting Attorney
                City and County of Honolulu

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| STEVEN M. HAUGE, | ) CIVIL NO. 04-00378 DAE-KSC |
| | ) |
| Petitioner, | ) NOTICE REGARDING |
| | ) TRANSCRIPTS; CERTIFICATE OF |
| vs. | ) SERVICE |
| | ) |
| JOHN F. PEYTON, Director, | ) |
| Department of Public Safety, State of | ) |
| Hawai`i and CLAYTON FRANK, | ) |
| Warden, Halawa Correctional Facility, | ) |
| | ) |
| Respondents. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2006, a copy of the NOTCE

REGARDING TRANSCRIPTS will be served on the following parties by United

States Mail or via court jacket:

    PETER C. WOLFF, JR., ESQ.
    Federal Public Defender
    300 Ala Moana Boulevard, Room 7-104
    Honolulu, HI  96850-5269
    (via U.S. Mail)

    Attorney for Petitioner

JMA:rir

HONORABLE MARK J. BENNETT
Attorney General
425 Queen Street
Honolulu, HI 96813
(via Court Jacket)

Additionally, I certify that on September 22, 2006, a copy of the NOTICE REGARDING TRANSCRIPTS will be provided to the following entities:

OFFICE OF THE CLERK, ESR OPERATOR
United States District Court, District of Hawaii
300 Ala Moana Boulevard, Room C-338
Honolulu, HI 96850
(via U.S. Mail)

OFFICE OF THE CLERK
United States Court of Appeals
Post Office Box 193939
San Francisco, CA 94119-3939
(via U.S. Certified Mail)

JAMES M. ANDERSON
Deputy Prosecuting Attorney
City and County of Honolulu

2