PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:        peter_wolff@fd.org

Attorney for Petitioner
STEVEN M. HAUGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| STEVEN M. HAUGE, | ) CIV. NO. 04-00378 DAE-KSC |
|---|---|
| Petitioner, | ) MOTION FOR AN ORDER |
| | ) DIRECTING THE STATE TO |
| vs. | ) IMMEDIATELY RELEASE |
| | ) PETITIONER; MEMORANDUM IN |
| JOHN F. PEYTON, Director, | ) SUPPORT; CERTIFICATE OF |
| Department of Public Safety, | ) SERVICE |
| State of Hawaii,* and | ) |
| CLAYTON FRANK, Warden | ) |
| Halawa Correctional Facility, | ) |
| Respondents. | ) |

---

\* Interim Director Iwalani White has replaced John F. Peyton as the head of the State of Hawaii's Department of Public Safety.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEVEN M. HAUGE, | ) CIV. NO. 04-00378 DAE-KSC |
| | ) |
| Petitioner, | ) MOTION FOR AN ORDER |
| | ) DIRECTING THE STATE TO |
| vs. | ) IMMEDIATELY RELEASE |
| | ) PETITIONER |
| JOHN F. PEYTON, Director, | ) |
| Department of Public Safety, | ) |
| State of Hawaii,* and | ) |
| CLAYTON FRANK, Warden | ) |
| Halawa Correctional Facility, | ) |
| | ) |
| Respondents. | ) |
| | ) |

**MOTION FOR AN ORDER DIRECTING
THE STATE TO IMMEDIATELY RELEASE PETITIONER**

This Court's order granting petitioner's habeas corpus petition directed the State "to resentence Petitioner in a manner consistent with this order within ninety days of the date of this order." This Court's order is dated August 14, 2006. Because the State has failed to resentence petitioner as directed (it had until November 12, 2006 to do so), petitioner moves this Court to issue an order directing the State to immediately release him from the State's unconstitutional custody of him.

\* Interim Director Iwalani White has replaced John F. Peyton as the head of the State of Hawaii's Department of Public Safety.

This motion is brought pursuant to Fed. R. App. P. 23 and <u>Stein v. Wood</u>, 127 F.3d 1187 (9th Cir. 1997). It is predicated upon petitioner's right to due process under the Fifth, Sixth, and Fourteenth amendments to the United States Constitution, as well as any other applicable constitutional or statutory provision, rule, or case law. The attached memorandum sets forth the factual and legal basis of this motion.

DATED: Honolulu, Hawaii, November 20, 2006.

_____
PETER C. WOLFF, JR.
Attorney for Petitioner
STEVEN M. HAUGE