## CERTIFICATE OF SERVICE

I, PETER C. WOLFF, JR., hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on November 20, 2006:

>MARK J. BENNETT, Attorney General
>Department of the Attorney General
>425 Queen Street
>Honolulu, Hawaii  96813

and

>PETER B. CARLISLE, Prosecuting Attorney
>JAMES M. ANDERSON, Deputy Prosecuting Attorney
>Office of the Prosecuting Attorney
>1060 Richards Street
>Honolulu, Hawaii  96813
>    Attorneys for Respondents

and

>IWALANI WHITE (for JOHN F. PEYTON), Interim Director
>Department of Public Safety
>919 Ala Moana Boulevard
>Honolulu, Hawaii  96814

and

>CLAYTON FRANK, Warden
>Halawa Correctional Facility
>99-902 Moanalua Rd.
>Aiea, Hawaii  96701-5605
>    Respondents

DATED:  Honolulu, Hawaii, November 20, 2006.

_____
PETER C. WOLFF, JR.
Attorney for Petitioner
STEVEN M. HAUGE