PETER B. CARLISLE   2209
Prosecuting Attorney
JAMES M. ANDERSON   4477
Deputy Prosecuting Attorney
City and County of Honolulu
1060 Richards Street
Honolulu, Hawai`i  96813
Telephone:  527-6518
Fax:  527-6436
Email:  janderson@honolulu.gov

Attorneys for State of Hawai`i

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| STEVEN M. HAUGE, | ) CIVIL NO.  04-00378 DAE-KSC </br> ) </br> ) RESPONSE TO MOTION FOR AN </br> ) ORDER DIRECTING THE STATE TO </br> ) IMMEDIATELY RELEASE </br> ) PETITIONER; EXHIBITS "A" </br> ) THROUGH "C"; CERTIFICATE OF </br> ) SERVICE </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |
| Petitioner, | |
| vs. | |
| JOHN F. PEYTON, Director, </br> Department of Public Safety, </br> State of Hawaii and </br> CLAYTON FRANK, Warden, </br> Halawa Correctional Facility, | |
| Respondents. | |

**RESPONSE TO MOTION FOR AN ORDER DIRECTING
THE STATE TO IMMEDIATELY RELEASE PETITIONER**

**EXHIBITS "A" through "C"**

and

**CERTIFICATE OF SERVICE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| STEVEN M. HAUGE, | ) CIVIL NO. 04-00378 DAE-KSC |
| | ) |
| Petitioner, | ) RESPONSE TO MOTION FOR AN |
| | ) ORDER DIRECTING THE STATE TO |
| vs. | ) IMMEDIATELY RELEASE |
| | ) PETITIONER |
| JOHN F. PEYTON, Director, | ) |
| Department of Public Safety, | ) |
| State of Hawaii and | ) |
| CLAYTON FRANK, Warden, | ) |
| Halawa Correctional Facility, | ) |
| | ) |
| Respondents. | ) |
| | ) |

**RESPONSE TO MOTION FOR AN ORDER DIRECTING
THE STATE TO IMMEDIATELY RELEASE PETITIONER**

1. On August 15th, 2006, this Court issued its "Order Adopting in Part the Magistrate's Findings and Recommendation and Granting Petitioner's (1) Writ of Habeas Corpus and (2) Motion for Judgment on the Pleadings." This Court ordered the State to resentence Petitioner in a manner consistent with its order within ninety days of the date of said order.

2. On November 17th, 2006, the State filed the "State of Hawaii's Second Motion for Extended Term of Imprisonment of a Persistent Offender." *See* Exhibit A. The State moved the circuit court to sentence Petitioner to an extended term of imprisonment of twenty years, but that "in order to resentence Defendant Hauge in

a manner consistent with the order of the United States District Court, the state court must impanel a jury and the prosecution must prove beyond a reasonable doubt that Defendant Hauge's commitment for an extended term is necessary for the protection of the public." *Id*. at 4-5, paragraph 20.

    3. A hearing on the State's motion was set for December 4th, 2006, but was rescheduled to December 11th, 2006, at the request of Petitioner's state counsel. *See* Exhibit B.

    4. However, at the December 11th, 2006 sentencing hearing, a jury was not impaneled to determine whether an extended term of imprisonment was "necessary for the protection of the public." Instead, the circuit court sentenced Petitioner to ten years' imprisonment, with credit for time served, with no extended term of imprisonment imposed. *See* Exhibit C. The maximum term to which Petitioner may be sentenced for the crime for which he was convicted--Burglary in the First Degree, a class B felony--is ten years' imprisonment. *See* Haw.Rev.Stat. Section 708-810 (1993 Replacement).

5.  Inasmuch as Petitioner has been sentenced in accordance with this Court's order, the issue brought in Petitioner's "Motion for an Order Directing the State to Immediately Release Petitioner" appears to be moot.  Petitioner's counsel for his federal court proceedings, Peter C. Wolff, Jr., has been apprised of Petitioner's sentencing in the state circuit court.

Dated at Honolulu, Hawai`i:  December 19, 2006.

        Respectfully submitted,

        JOHN F. PEYTON, Director,
        Department of Public Safety,
        State of Hawaii and

        CLAYTON FRANK, Warden,
        Halawa Correctional Facility
        Respondents

        By PETER B. CARLISLE
           Prosecuting Attorney

        By _____/s/_____
           JAMES M. ANDERSON
           Deputy Prosecuting Attorney
           City and County of Honolulu