IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| STEVEN M. HAUGE, | ) CIVIL NO. 04-00378 DAE-KSC |
| | ) |
| Petitioner, | ) EXHIBITS "A" THROUGH "C" |
| | ) |
| vs. | ) |
| | ) |
| JOHN F. PEYTON, Director, | ) |
| Department of Public Safety, | ) |
| State of Hawaii and | ) |
| CLAYTON FRANK, Warden, | ) |
| Halawa Correctional Facility, | ) |
| | ) |
| Respondents. | ) |
| | ) |

**EXHIBITS "A" THROUGH "C"**