| STATE OF HAWAI'I | AMENDED JUDGMENT | CASE NUMBER: |
| --- | --- | --- |
| CIRCUIT COURT OF THE FIRST CIRCUIT | OF CONVICTION AND SENTENCE | Cr. No. 01-1-2345 |

| STATE VS. (DEFENDANT) | NOTICE OF ENTRY: | REPORT NUMBER(S): |
| --- | --- | --- |
| **STEVEN M. HAUGE** | DATE OF HEARING: 12/11/06 | 01031245 |
| Soc. Sec. No.: see attached | | |
| SID: A01007786  DOB: see attached | | |

Defense Counsel: S. Luiz

**DEFENDANT'S PLEA:** NOT GUILTY

| ORIGINAL CHARGE(S): | JURY TRIAL |
| --- | --- |
| BURGLARY IN THE FIRST DEGREE (§708-810, H.R.S.) | CHARGE(S) TO WHICH DEFENDANT PLED GUILTY OR NO CONTEST: |

DEFENDANT IS CONVICTED AND FOUND GUILTY OF:

BURGLARY IN THE FIRST DEGREE (§708-810, H.R.S.)

| PHOTOGRAPH (If Available) | FINGERPRINT (If Available) |
| --- | --- |

**FINAL JUDGMENT AND SENTENCE OF THE COURT:**

CRIME VICTIM COMPENSATION FEE $105.00

INCARCERATION:
TEN (10) YEARS with credit to be given for time already served.

MITTIMUS TO ISSUE IMMEDIATELY

Defendant shall provide specimen samples and print impressions as required by H.R.S. Chap. 844D

RECEIVED
2006 DEC 13 A 11:20
PROSECUTING ATTORNEY
C & C OF HONOLULU

| DATE | JUDGE | |
| --- | --- | --- |
| DEC 11 2006 | STEVEN S. ALM | |
| | SIGNATURE | STEVEN S. ALM |

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED
December 11, 2006
2:34 pm
L. LEE
Clerk, 2nd Division

(SEAL - FIRST CIRCUIT COURT STATE OF HAWAII)

| DATE | CLERK |
| --- | --- |
| DEC 11 2006 | L. LEE |

NOTICE OF ENTRY

THIS JUDGMENT HAS BEEN ENTERED AND COPIES MAILED OR DELIVERED TO ALL PARTIES.

[ ] ORIGINAL FILE  [ ] DPA  [ ] DEFENSE-S. Luiz  [ ] PROBATION  [ ] POLICE  [ ] HCJDC  [ ] PUBLIC SAFETY  [ ] HPA  [ ] CASHIERS

rev. 02/17/2006   LANFORM009-JUDGMENT OF CONVICTION AND SENTENCE; NOTICE OF ENTRY

Exhibit "C"

**STATE OF HAWAII vs. STEVEN M. HAUGE**
CIRCUIT COURT OF THE FIRST CIRCUIT
GUILTY CONVICTION AND SENTENCE (continuation page)

Cr. No. 01-1-2345

Social Security Number: 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; 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; 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; 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; 505-819787; 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; 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; 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; 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

Date of Birth: 2/11/1957; 2/20/1955; 4/18/1953; 4/18/1955; 2/10/1955; 9/13/1953; 2/16/1965; 2/15/1955; 2/19/1967; 2/10/1951; 1/10/1957; 2/10/1958

# CERTIFICATE OF PRESENTENCE DETENTION

Name of Defendant __Steven M. Aguiar__   HI SID No. __A0107586__   Date of Sentence __7-2-02__

| Cr. No./Count | Police Report # | Length of Detention | | No. of Days Detained |
|---|---|---|---|---|
| | | From | To | |
| 01-1-2345 | 01-031245 | 10-1-01 | 10-15-01 | 15 |

I certify that this defendant was detained as indicated above by my Department/Agency as of the date of sentence.

By ✓ Chief of Police, Honolulu Police Dept.
___ Director, Dept. of Corrections (State of HI)
___ Director, Dept. of Health (State of HI)
___ Other _____

_____W. L.G._____, Its authorized representative
(Signature)

__Sgt.__
(Title)

__5-6-02__
(Date)

'02 MAY 14 A10:48
ADULT PROBATION
1ST CIRCUIT
STATE OF HI

**FOR APD USE ONLY**
REQUESTS SENT TO:
✓ HPD     ___ OCCC
___ HSH   ✓ _____
REQUEST DATE __5-7-02__
DUE DATE __5-7-02__
PO __JWL__
TELEPHONE __539-4518__

DOC 8717 (01/00)   AP-P-024

# STATE OF HAWAI'I
## CIRCUIT COURT OF THE FIRST CIRCUIT

### MITTIMUS
### WARRANT OF COMMITMENT TO JAIL

| STATE OF HAWAII vs. (DEFENDANT) | CASE NUMBER |
|---|---|
| STEVEN M. HAUGE | Cr. No. 01-1-2345 |
| | REPORT NUMBER(S) |
| | 01031245 |

**OFFENSE(S) OF WHICH DEFENDANT WAS ADJUDGED GUILTY**

BURGLARY IN THE FIRST DEGREE
(§708-810, H.R.S.)

**THE STATE OF HAWAII TO:** The Sheriff of the State of Hawaii, or Deputy or to any police officer authorized by law:

The defendant has been adjudged guilty in this court of the offense indicated.

This court imposed the sentence upon the defendant which is stated in the attached judgment/order.

YOU ARE HEREBY ORDERED to take the defendant into your custody for the purpose of causing the sentence to be executed.

THIS MITTIMUS IS EFFECTIVE IMMEDIATELY.

In accordance with the Americans with Disabilities Act, and other applicable state and federal laws, if you require a reasonable accommodation for a disability, please contact the ADA Coordinator at the First Circuit Court Administration Office at PHONE NO. 539-4333, FAX 539-4322, or TTY 539-4853, at least ten (10) working days prior to your hearing or appointment date.

| NAME OF JUDGE ISSUING SENTENCE |
|---|
| Steven S. Alm |

| DATE MITTIMUS ISSUED |
|---|
| December 11, 2006 |

| CLERK | SIGNATURE |
|---|---|
| L. LEE | L. LEE |

Distribution:
[ ] FILE
[ ] PROS.
[ ] DEF.
[ ] JAIL

[ ] Adult Client Services
[ ] HI PAROLE
[ ] POLICE DEPARTMENT

(SEAL: FIRST CIRCUIT COURT STATE OF HAWAII)

L. LEE
Clerk, 2nd Division

CIRCUIT COURT
STATE OF HAWAII
ISSUED
December 11, 2006
2:34 pm

LANFORM010  G:\COMMON\WP6111CC\FORMS\CRIMINAL\MITTIMUS.WPD   2/2/99