IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| STEVEN M. HAUGE, | ) CIVIL NO. 04-00378 DAE-KSC |
| Petitioner, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| JOHN F. PEYTON, Director, Department of Public Safety, State of Hawaii and CLAYTON FRANK, Warden, Halawa Correctional Facility, | ) |
| Respondents. | ) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2006, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

PETER C. WOLFF, JR.          peter_wolff@fd.org
        Attorney for Petitioner STEVEN M. HAUGE

Served via United States Postal Service First Class Mail:

HONORABLE MARK J. BENNETT
Attorney General
425 Queen Street
Honolulu, Hawai`i  96813
    Attorney for Respondents JOHN F. PEYTON and
    CLAYTON FRANK


          By        /s/       
              JAMES M. ANDERSON
              Deputy Prosecuting Attorney
              City and County of Honolulu