PETER C. WOLFF, JR.  #2332  
Federal Public Defender  
District of Hawaii  
300 Ala Moana Boulevard, Suite 7104  
Honolulu, Hawaii  96850-5269  
Telephone:  (808) 541-2521  
Facsimile:   (808) 541-3545  
E-Mail:       peter_wolff@fd.org  

Attorney for Petitioner  
STEVEN M. HAUGE  

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEVEN M. HAUGE,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>JOHN F. PEYTON, Director,<br>　　Department of Public Safety,<br>　　State of Hawaii,* and<br>CLAYTON FRANK, Warden<br>　　Halawa Correctional Facility,<br><br>　　　　Respondents. | CIV. NO. 04-00378 DAE-KSC<br><br>WITHDRAWAL OF MOTION FOR AN ORDER DIRECTING THE STATE TO IMMEDIATELY RELEASE PETITIONER; CERTIFICATE OF SERVICE |

_____

* Interim Director Iwalani White has replaced John F. Peyton as the head of the State of Hawaii's Department of Public Safety.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEVEN M. HAUGE, ) | CIV. NO. 04-00378 DAE-KSC |
| ) | |
| Petitioner, ) | WITHDRAWAL OF MOTION FOR |
| ) | AN ORDER DIRECTING THE STATE |
| vs. ) | TO IMMEDIATELY RELEASE |
| ) | PETITIONER |
| JOHN F. PEYTON, Director, ) | |
| Department of Public Safety, ) | |
| State of Hawaii, and ) | |
| CLAYTON FRANK, Warden ) | |
| Halawa Correctional Facility, ) | |
| ) | |
| Respondents. ) | |
| ) | |

**WITHDRAWAL OF MOTION FOR AN ORDER
DIRECTING THE STATE TO IMMEDIATELY RELEASE PETITIONER**

Petitioner STEVEN M. HAUGE, through counsel, Peter C. Wolff, Jr., Federal Public Defender, hereby withdraws his Motion for an Order Directing the State to Immediately Release Petitioner filed on November 20, 2006, and scheduled for December 27, 2006, at 9:00 a.m., before the Honorable David A. Ezra.

//

//

//

//

//

This motion is withdrawn as Mr. Hauge was resentenced on December 11, 2006, to an ordinary term as demonstrated in the State of Hawaii's Response to Motion which was filed on December 19, 2006.

DATED: Honolulu, Hawaii, December 19, 2006.

_____
PETER C. WOLFF, JR.
Attorney for Petitioner
STEVEN M. HAUGE

## CERTIFICATE OF SERVICE

I, PETER C. WOLFF, JR., hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on December 19, 2006:

>MARK J. BENNETT, Attorney General
>Department of the Attorney General
>425 Queen Street
>Honolulu, Hawaii  96813

and

>PETER B. CARLISLE, Prosecuting Attorney
>JAMES M. ANDERSON, Deputy Prosecuting Attorney
>Office of the Prosecuting Attorney
>1060 Richards Street
>Honolulu, Hawaii  96813
>    Attorneys for Respondents

and

>IWALANI WHITE (for JOHN F. PEYTON), Interim Director
>Department of Public Safety
>919 Ala Moana Boulevard
>Honolulu, Hawaii  96814

and

>CLAYTON FRANK, Warden
>Halawa Correctional Facility
>99-902 Moanalua Road
>Aiea, Hawaii  96701-5605
>    Respondents

DATED:  Honolulu, Hawaii, December 19, 2006.

PETER C. WOLFF, JR.
Attorney for Petitioner
STEVEN M. HAUGE