PETER B. CARLISLE   2209
Prosecuting Attorney
JAMES M. ANDERSON   4477
Deputy Prosecuting Attorney
City and County of Honolulu
1060 Richards Street
Honolulu, Hawai`i  96813
Telephone: 527-6518
Fax:  527-6436
Email:  janderson@honolulu.gov

Attorneys for State of Hawai`i

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| STEVEN M. HAUGE,<br><br>           Petitioner,<br><br>     vs.<br><br>JOHN F. PEYTON, Director,<br>Department of Public Safety,<br>State of Hawaii and<br>CLAYTON FRANK, Warden,<br>Halawa Correctional Facility,<br><br>           Respondents. | CIVIL NO.  04-00378 DAE-KSC<br><br>NOTICE OF ERRATA; EXHIBITS "A" THROUGH "C"; CERTIFICATE OF SERVICE |

**NOTICE OF ERRATA**

**EXHIBITS "A" through "C"**

and

**CERTIFICATE OF SERVICE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| STEVEN M. HAUGE, ) | CIVIL NO. 04-00378 DAE-KSC |
| ) | |
| Petitioner, ) | NOTICE OF ERRATA |
| ) | |
| vs. ) | |
| ) | |
| JOHN F. PEYTON, Director, ) | |
| Department of Public Safety, ) | |
| State of Hawaii and ) | |
| CLAYTON FRANK, Warden, ) | |
| Halawa Correctional Facility, ) | |
| ) | |
| Respondents. ) | |
| ) | |

## NOTICE OF ERRATA

Respondents JOHN F. PEYTON and CLAYTON FRANK (hereinafter collectively referred to as "Respondents"), by and through its attorneys, PETER B. CARLISLE, Prosecuting Attorney, City and County of Honolulu, State of Hawai`i, and JAMES M. ANDERSON, Deputy Prosecuting Attorney, City and County of Honolulu, State of Hawai`i, hereby file its "Notice of Errata" to the "Response to Motion for an Order Directing the State to Immediately Release Petitioner".

The "State of Hawaii's Second Motion for Extended Term of Imprisonment of a Persistent Offender" filed November 17, 2006, submitted to Court as Exhibit A was improperly scanned and is hereby corrected by the submission of a complete copy, attached hereto as Exhibit A.

The "Letter" from Defense Attorney Shawn A. Luiz to Deputy Prosecuting Attorney Russsell H. Uehara dated November 30, 2006, submitted to Court as Exhibit B was improperly scanned and is hereby corrected by the submission of a complete copy, attached hereto as Exhibit B.

The "Amended Judgment of Conviction and Sentence" filed December 11, 2006, submitted to Court as Exhibit C was improperly scanned and is hereby corrected by the submission of a complete copy, attached hereto as Exhibit C.

Dated at Honolulu, Hawai`i:  December 19, 2006.

    Respectfully submitted,

    JOHN F. PEYTON, Director,
    Department of Public Safety,
    State of Hawaii and

    CLAYTON FRANK, Warden,
    Halawa Correctional Facility
    Respondents

    By PETER B. CARLISLE
       Prosecuting Attorney

    By       /s/
       JAMES M. ANDERSON
       Deputy Prosecuting Attorney
       City and County of Honolulu