# Shawn A. Luiz

## Attorney at Law

City Center, Suite 800
810 Richards Street
Honolulu, Hawaii 96813
Tel. (808) 538-0500  Fax (808) 538-0600  E-mail: attorneyluiz@msn.com

November 30, 2006

<u>Via Fax: 547-7513</u>

Russell H. Uehara
Deputy Prosecuting Attorney
Office of the Prosecuting Attorney
City and County of Honolulu
State of Hawaii
1060 Richards Street
Honolulu, Hawaii 96813

   Re: *State of Hawaii v. STEVEN M. HAUGE*
     *Crim. No. 00-1-2345*

Dear Mr. Uehara:

  This is to confirm that State's Second Motion for Extended Term of Imprisonment of a persistent Offender is rescheduled from December 4, 2006 at 11:00 a.m. to December 11, 2006 at 10:00 a.m. at the request of defense counsel due to a scheduling conflict.

       Very truly yours,

       Shawn A. Luiz

cc: Honorable Steven S. Alm (539-4108)
  STEVEN M. HAUGE

Exhibit "B"