| STATE OF HAWAI`I<br>CIRCUIT COURT OF THE FIRST CIRCUIT | AMENDED JUDGMENT<br>OF CONVICTION AND SENTENCE<br>NOTICE OF ENTRY | CASE NUMBER:<br>Cr. No. 01-1-2345 |
|---|---|---|
| STATE VS. (DEFENDANT)<br>**STEVEN M. HAUGE**<br><br>Soc. Sec. No.: see attached<br>SID: A01007786  DOB: see attached | DATE OF HEARING:<br>12/11/06 | REPORT NUMBER(S):<br>01031245 |

Defense Counsel: S. Luiz

| **DEFENDANT'S PLEA:**<br>NOT GUILTY | JURY TRIAL |
|---|---|
| ORIGINAL CHARGE(S):<br><br>BURGLARY IN THE FIRST DEGREE<br>(§708-810, H.R.S.) | CHARGE(S) TO WHICH DEFENDANT PLED GUILTY OR NO CONTEST:<br><br>RECEIVED<br>PROSECUTING ATTORNEY<br>C & C OF HONOLULU<br>2006 DEC 13 A 11: 20 |
| DEFENDANT IS CONVICTED AND FOUND GUILTY OF:<br><br>BURGLARY IN THE FIRST DEGREE<br>(§708-810, H.R.S.) | PHOTOGRAPH<br>(If Available) | FINGERPRINT<br>(If Available) |

**FINAL JUDGMENT AND SENTENCE OF THE COURT:**

CRIME VICTIM COMPENSATION FEE $105.00
INCARCERATION:
TEN (10) YEARS with credit to be given for time already served.

MITTIMUS TO ISSUE IMMEDIATELY

Defendant shall provide specimen samples and print impressions as required by H.R.S. Chap. 844D

| DATE<br>DEC 11 2006 | JUDGE<br>STEVEN S. ALM | FIRST CIRCUIT COURT<br>STATE OF HAWAII<br>FILED<br>December 11, 2006<br>2:34 pm |
|---|---|---|
| | SIGNATURE<br>STEVEN S. ALM   SEAL | |
| | NOTICE OF ENTRY | |
| THIS JUDGMENT HAS BEEN ENTERED AND COPIES MAILED OR DELIVERED TO ALL PARTIES. | | |
| DATE<br>DEC 11 2006 | CLERK<br>L. LEE | L. LEE<br>Clerk, 2nd Division |

[ ] ORIGINAL FILE [ ] DPA [ ] DEFENSE-S. Luiz [ ] PROBATION [ ] POLICE [ ] HCJDC [ ] PUBLIC SAFETY [ ] HPA [ ] CASHIERS

Exhibit "C"

rev. 02/17/2006   LANFORM009-JUDGMENT OF CONVICTION AND SENTENCE; NOTICE OF ENTRY

STATE OF HAWAII vs. STEVEN M. HAUGE
CIRCUIT COURT OF THE FIRST CIRCUIT
GUILTY CONVICTION AND SENTENCE (continuation page)

Cr. No. 01-1-2345

Social Security Number:  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; 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; 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; 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; 505-819787; 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; 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; 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; 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

Date of Birth: 2/11/1957; 2/20/1955; 4/18/1953; 4/18/1955; 2/10/1955; 9/13/1953; 2/16/1965; 2/15/1955; 2/19/1967; 2/10/1951; 1/10/1957; 2/10/1958

# CERTIFICATE OF PRESENTENCE DETENTION

HPD

Name of Defendant: Steven M. Hague    HI SID No. A0100756    Date of Sentence: 7-2-02

| Cr. No./Count | Police Report # | Length of Detention From | Length of Detention To | No. of Days Detained |
|---|---|---|---|---|
| 01-1-2345 | 01-031245 | 10-11-01 | 10-15-01 | |

I certify that this defendant was detained as indicated above by my Department/Agency as of the date of sentence.

✓ Chief of Police, Honolulu Police Dept.
___ Director, Dept. of Corrections (State of HI)
___ Director, Dept. of Health (State of HI)
___ Other _____

By: W. Lee (Signature), Its authorized representative

Title: SGT.

Date: 5-6-02

**FOR APD USE ONLY**
REQUESTS SENT TO:
✓ HPD    ___ OCCC
___ HSH    ✓ Shwn/w
REQUEST DATE: 5-3-02
DUE DATE: 5-22-02
PO: JWC
TELEPHONE: 539-4518

DOC 8717 (01/00)  AP-P-024

| STATE OF HAWAI'I<br>CIRCUIT COURT OF THE<br>FIRST CIRCUIT | MITTIMUS<br>WARRANT OF COMMITMENT TO JAIL | CASE NUMBER<br>Cr. No. 01-1-2345 |
|---|---|---|
| STATE OF HAWAII vs. (DEFENDANT)<br><br>**STEVEN M. HAUGE** | | REPORT NUMBER(S)<br><br>01031245 |

OFFENSE(S) OF WHICH DEFENDANT WAS ADJUDGED GUILTY

BURGLARY IN THE FIRST DEGREE
 (§708-810, H.R.S.)

**THE STATE OF HAWAII TO:** The Sheriff of the State of Hawaii, or Deputy or to any police officer authorized by law:

The defendant has been adjudged guilty in this court of the offense indicated.

This court imposed the sentence upon the defendant which is stated in the attached judgment/order.

YOU ARE HEREBY ORDERED to take the defendant into your custody for the purpose of causing the sentence to be executed.

THIS MITTIMUS IS EFFECTIVE IMMEDIATELY.

In accordance with the Americans with Disabilities Act, and other applicable state and federal laws, if you require a reasonable accommodation for a disability, please contact the ADA Coordinator at the First Circuit Court Administration Office at
PHONE NO. 539-4333, FAX 539-4322, or TTY 539-4853, at least ten (10) working days prior to your hearing or appointment date.

NAME OF JUDGE ISSUING SENTENCE
Steven S. Alm

| DATE MITTIMUS ISSUED<br>December 11, 2006 | CLERK<br>L. LEE | SIGNATURE<br>L. LEE | SEAL |
|---|---|---|---|

Distribution:
[ ] FILE
[ ] PROS.
[ ] DEF.
[ ] JAIL

[ ] Adult Client Services
[ ] HI PAROLE
[ ] POLICE DEPARTMENT

FIRST CIRCUIT COURT
STATE OF HAWAII
ISSUED
December 11, 2006
2:34 pm

L. LEE
Clerk, 2nd Division

LANFORM010 G:\COMMON\WP61\1CCFORMS\CRIMINAL\MITTIMUS.WPD   2/2/99