IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| STEVEN M. HAUGE, ) | CIVIL NO. 04-00378 DAE-KSC |
| ) | |
| Petitioner, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| JOHN F. PEYTON, Director, ) | |
| Department of Public Safety, ) | |
| State of Hawaii and ) | |
| CLAYTON FRANK, Warden, ) | |
| Halawa Correctional Facility, ) | |
| ) | |
| Respondents. ) | |
| ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2006, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

PETER C. WOLFF, JR.          peter_wolff@fd.org
    Attorney for Petitioner STEVEN M. HAUGE

Served via United States Postal Service First Class Mail:

HONORABLE MARK J. BENNETT
Attorney General
425 Queen Street
Honolulu, Hawai`i  96813
    Attorney for Respondents JOHN F. PEYTON and
    CLAYTON FRANK

                                                  By         /s/        
                                                  JAMES M. ANDERSON
                                                  Deputy Prosecuting Attorney
                                                  City and County of Honolulu

Case 1:04-cv-00378-DAE-KSC   Document 426   Filed 12/19/2006   Page 2 of 2